United States District Court
Southern District of Texas
**ENTERED**
January 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUBEN AUMADA, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 2:22-CV-00208 |
| OFFICER GARCIA, *et al.*, | § § § |
| Defendants. | § |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**TO DISMISS CASE WITHOUT PREJUDICE**

On November 22, 2022, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation to Dismiss Case Without Prejudice" (M&R, D.E. 19). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 19), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b).

ORDERED on January 18, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE